# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-18-0313 |
| | | CIVIL NO. JKB-19-1591 |
| ARTHUR PRINCE | * | |
| Defendant | * | |

## MEMORANDUM AND ORDER

Now pending before the Court is the Defendant's AMENDED PETITION TO VACATE (ECF No. 135). The Government has responded (ECF No. 162) and the Defendant has filed additional motions that are not relevant to the substance of the claim now before the Court (ECF Nos. 163, 165). The Court has carefully reviewed all of the submissions.

The AMENDED PETITION TO VACATE (ECF No. 135) is DENIED for the reasons set out in the Government's response (ECF No. 162). The Court adopts the Government's reasoning as its own.

Further, the Defendant's other MOTIONS (ECF Nos. 163, 165) are also DENIED as immaterial.

DATED this 16th day of January, 2020.

BY THE COURT:

_____/s/_____
James K. Bredar
Chief Judge